

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IRINEO SOLIS and YOLANDA SOLIS Individually and as next friend of JOSEPHINE SOLIS, Deceased <br><br> Plaintiffs, <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | § § § § § § § § § Civil Action No. B-00-107 |

United States District Court
Southern District of Texas
FILED

SEP 1 3 2000

Michael N. Milby
Clerk of Court

## ANSWER

The United States of America presents this its answer to plaintiff Irineo Solis and Yolanda Solis's Original Complaint filed July 13, 2000, and pleads as follows:

## DISCOVERY PLAN

This pleading and allegation is inapplicable to an action brought under the Federal Rules of Civil Procedure.

## PARTIES

2.01. Defendant is without sufficient knowledge or information to reasonably form a belief as to the residency of the Plaintiffs.

2.02. The allegations contained in this paragraph are true. Federal Rules of Civil Procedure, specifically Rule 4(i), set forth the proper method of service of citation upon the United States.

2.03. Defendant denies that any provisions of the Texas Civil Practices and Remedies Code have any application to this cause of action

1

## JURISDICTION

3.01  Defendant admits the allegations contained in this Paragraph.

3.02 Defendant admits the allegations contained in this Paragraph.

## VENUE

4.01  Defendant admits the allegations contained in this Paragraph.

## RESPONDEAT SUPERIOR

5.01 This paragraph represents plaintiff's attempt to summarize an area of law and requires no response from the defendant. To the extent that a response is required the allegations are denied.

## FACTS

6.01 Defendant lacks sufficient knowledge to admit or deny the facts contained in this paragraph.

6.02 Defendant lacks sufficient knowledge to admit or deny the facts contained in this paragraph.

6.03 Defendant lacks sufficient knowledge to admit or deny the facts contained in this paragraph.

6.04 Defendant lacks sufficient knowledge to admit or deny the facts contained in this paragraph.

2

## CAUSES OF ACTION

Defendant denies each and every allegation contained in paragraphs 7.01 - 7.08.

## CONDITIONS PRECEDENT

8.01 Defendant denies that any condition precedent required by Article 4590(i) of the Revised Civil Statutes of Texas constitutes perfection of a claim under the Federal Tort Claims Act..

## DAMAGES

9.01 Defendant specifically denies the allegations contained in this paragraph and avers that plaintiffs' damages are limited to those damages recoverable under the Federal Tort Claims Act.

## ACTUAL DAMAGES

10.1 Defendant specifically denies the allegations contained in this paragraph and avers that plaintiffs' damages are limited to those damages recoverable under the Federal Tort Claims Act..

## ESTATE DAMAGES

11.1 Defendant specifically denies the allegations contained in this paragraph and avers that plaintiffs' damages are limited to those damages recoverable under the Federal Tort Claims Act.

## FUNERAL EXPENSES

12.1 Defendant specifically denies the allegations contained in this paragraph and avers that plaintiffs' damages are limited to those damages recoverable under the Federal Tort Claims

Act.

## AFFIRMATIVE DEFENSES

1. Defendant through its agents, servants, and employees, acted with due care and diligence at all times, in rendering medical care and treatment to Plaintiff Josephine Solis, and no acts or omissions by the United States were the proximate cause of any injury to any plaintiff.

2. The Plaintiffs are limited to recovery, if any, of the amount claimed administratively in accordance with 28 U.S.C. 2675(b).

3. The Plaintiffs are not entitled to consequential damages, exemplary damages, prejudgment interest 28 U.S.C. 2674; or, attorney's fees, 28 U.S.C. 2412.

4. The Plaintiffs are not entitled to any recovery of damages in accordance with § 17.50(b)(1) of the Texas Business and Commerce Code.

5. The Plaintiffs are not entitled to any judgment against any party other than the United States of America, which is the only proper defendant in an action brought under the Federal Tort Claims Act.

Defendant prays for judgment denying Plaintiff's Original Complaint and for such other relief to which it may be entitled.

Respectfully submitted,

MERVYN M. MOSBACKER
United States Attorney

By: *Ricardo Jara* FOR:
LARRY LUDKA
Assistant United States Attorney
State Bar I.D. Number: 12667500
Admissions I.D. Number: 10721
Wilson Plaza West, Suite 1400
606 N. Carancahua Street
Corpus Christi, TX 78476
(361) 888-3111
(361) 888-3200 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing Defendant's Answer was mailed, postage prepaid, to Michael Garza, and Dori Garza, Texas State Bank Tower, 3900 North 10th Street, Suite 950, McAllen, Tx. 78501 on this the 13th day of September, 2000.

*Ricardo Jara* FOR:
Larry Ludka
Assistant United States Attorney

5