4

# THE HONORABLE JOHN WM. BLACK

# INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. <u>B-00-107</u>　　　DATE & TIME: <u>10-20-00 AT 1:30 P.M.</u>

<u>IRINEO SOLIS, ET AL.</u>　　　PLAINTIFF(S) <u>MICHAEL JAMES GARZA</u>
COUNSEL

VS.

<u>UNITED STATES OF AMERICA</u>　　　DEFENDANT(S) <u>LAWRENCE LUDKA</u>
COUNSEL

-------------------------------------------------------------------------------

    Attorneys Michael Garza and Nancy Masso appeared telephonically.

    A scheduling order will be sent to all parties.