5

United States District Court
Southern District of Texas
FILED

OCT 20 2000

Michael N. Milby
Clerk of Court

## THE HONORABLE JOHN WM. BLACK

## INITIAL PRETRIAL CONFERENCE

CIVIL ACTION NO. <u>B-00-107</u>　　　　DATE & TIME: <u>　10-20-00 AT 1:30 P.M.　</u>

<u>IRINEO SOLIS, ET AL.　　　　</u>　　　　PLAINTIFF(S) <u>　MICHAEL JAMES GARZA　</u>
　　　　　　　　　　　　　　　　　　　COUNSEL

VS.

<u>UNITED STATES OF AMERICA　</u>　　　DEFENDANT(S) <u>　LAWRENCE LUDKA　　</u>
　　　　　　　　　　　　　　　　　　　COUNSEL

---

Attorneys Michael Garza and Nancy Masso appeared telephonically.

A scheduling order will be sent to all parties.