

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 25 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IRINEO SOLIS, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-107 |
| | § | |
| UNITED STATES OF AMERICA | § | |

## O R D E R

On this day came on to be considered the **telephonic initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1)    All discovery in this case must be completed by **May 18, 2001.** If additional time is required, a motion requesting such extension must be filed no later than **May 4, 2001.** Failure to file such motion shall preclude further discovery.

(2)    All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3)    A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **June 14, 2001.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4)    A final pretrial and settlement conference is set for **June 14, 2001 at 1:30 P.M.**

(5)    Final Pretrial is set for **July 5, 2001 at 8:30 A.M.** before Judge Filemon B. Vela. Jury selection is set for **July 6, 2001 at 8:30 A.M.** before Judge Filemon B. Vela.

(6)    Trial on the merits is set for **July 2001**, docket call.

ClibPDF - www.fastio.com

DONE at Brownsville, Texas, on this 20th day of October, 2000.

John Wm. Black
United States Magistrate Judge

ClibPDF - www.fastio.com