IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAY 0 2 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| YOLANDA SOLIS and IRINEO SOLIS, As Next Friends of JOSEPHINE SOLIS, Deceased | § § § § | |
| PLAINTIFFS, | § § | |
| | § | CIVIL ACTION NO. B-00-107 |
| UNITED STATES OF AMERICA | § § | "UNOPPOSED" |
| | § | |
| DEFENDANT. | § § | |

## MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs Yolanda and Irineo Solis file this Motion for Continuance, and in support thereof, shows the court the following:

SECTION 1.

1.01 This case is scheduled for final Pre-trial on June 14, 2001 and Jury selection on July 6, 2001 on at 8:30 a.m.

SECTION 2.

2.01 Plaintiffs need more time to prepare for trial. Plaintiffs and Defendant have not thoroughly conducted discovery, including but no limited to fact witness depositions and expert depositions. A Joint Motion for Extension of Time is filed simultaneously with this motion.

SECTION 3.

3.01 Plaintiffs' counsel has conferred with the Assistant United States Attorney Larry Ludka and he is not opposed to the continuance.

## SECTION 4.

4.01   Movant has attached the affidavit of Michael J. Garza as Exhibit "A" to this Motion and it is incorporated herein by reference for all purposes.

## SECTION 5.

5.01   This continuance is not sought for delay, but that justice may be served.

PREMISES CONSIDERED, Movant requests the Court to grant this Motion for Continuance, and continue this case for 180 days.

Respectfully submitted,

**MICHAEL J. GARZA &
DORI CONTRERAS GARZA**
ATTORNEYS AT LAW
Texas State Bank Tower
3900 North 10th Street, Suite 950
McAllen, Texas  78501
Telephone No.: (956) 994-3100
Telecopier No.: (956) 994-3174

BY: _____
**Michael J. Garza**
State Bar No. 00788769
Federal ID No. 17444
**Dori Contreras Garza**
State Bar No.  17992450
Federal ID No. 21930

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I the undersigned, do hereby certify that on May \_\_1\_\_, 2001, a true and correct copy of the above and foregoing document was sent as indicated below to the following:

☐ Via Facsimile      ☐ Via First Class Mail      ☐ Via C.M.R.R.

Mervyn M. Mosbacker
Larry Ludka
United States Attorney's Office
Willson Plaza West, Ste. 1400
606 N. Carancha Street
Corpus Christi, Texas 78476

_____
Michael J. Garza

STATE OF TEXAS                         §

COUNTY OF HIDALGO                      §

BEFORE ME, the undersigned authority, on this day personally appeared Michael J. Garza, who being duly sworn stated:

"My name is Michael J. Garza. I am the attorney of record for the Plaintiffs in the above entitled and numbered cause. I have read the foregoing Motion for Continuance and swear that all of the allegations of fact contained therein are true and correct."

_____
Michael J. Garza

SUBSCRIBED AND SWORN TO BEFERE ME on the __1st__ day of May, to certify which witness my hand seal of office.

_____
Notary Public, State of Texas
My Commission Expires: Aug. 6, 2003

MARISA GONZALEZ
MY COMMISSION EXPIRES
August 6, 2003