IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IRINEO SOLIS and YOLANDA SOLIS<br>Individually and as Next Friend of<br>JOSEPHINE SOLIS, Deceased<br><br>Plaintiffs<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. B-00-107<br><br>"UNOPPOSED" |

### JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs and Defendants join in this Motion for Extension of Time to Complete Discovery and respectively show the Court the following:

I.

This case is scheduled for Final Pre-Trial Conference on June 14, 2001. The deadline for completion of discovery is May 4, 2001. Parties respectfully request a 120 day extension.

II.

The parties have exchanged written discovery in this case. However, the scheduling of depositions has been delayed pending the completion of written discovery. The nature of Plaintiff's allegations necessitates deposing a significant number of people including expert physicians. Hence, it will be necessary to schedule these depositions for some dates beyond the current cutoff and trial date. Plaintiffs file their motion for continuance simulatenously with this motion.

III.

I have conferred with defendant's counsel, Assistant United States Attorney Larry Ludka and he joins in the filing of Plaintiff's Motion for Extension of Time to Complete Discovery.

WHEREFORE, Plaintiffs respectfully requests that her Joint Motion for Extension of Time to Complete Discovery be granted.

Respectfully submitted,

**MICHAEL J. GARZA &
DORI CONTRERAS GARZA**
ATTORNEYS AT LAW
Texas State Bank Tower
3900 North 10th Street, Suite 950
McAllen, Texas 78501
Telephone: (956) 994-3100
Telecopier: (956) 994-3174

BY: _____
**Michael J. Garza**
State Bar No. 00788769
Federal Id No. 17444
**Dori Contreras Garza**
State Bar No. 17992450
Federal Id No. 21930

ATTORNEYS FOR PLAINTIFF

Mervyn M. Mosbacker
United States Attorney
Willson Plaza West, Ste. 1400
606 N. Caranchauha Street
Corpus Christi, TX 78476
Telephone No.: (361) 888-3111
Telecopier No.: (361) 888-3200

BY: *Larry Ludka w/ permission*
Larry Ludka
Assistant United States Attorney
State Bar No. 12667500
Fed. Id No. 10721

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I the undersigned, do hereby certify that on May ___1___, 2001, a true and correct copy of the above and foregoing document was sent as indicated below to the following:

☐ Via Facsimile          ☐ Via First Class Mail          ☐ Via C.M.R.R.R.

Mervyn M. Mosbacker
Larry Ludka
United States Attorney's Office
Willson Plaza West, Ste. 1400
606 N. Carancha Street
Corpus Christi, Texas 78476

_____
Michael J. Garza