9

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 3 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| IRINEO SOLIS, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-00-107 |
| § | |
| UNITED STATES OF AMERICA § | |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] LARRY LUDKA, AUSA | UNITED STATES OF AMERICA | 4/4/01 |
| [signature] MICHAEL GARZA | IRINEO AND YOLANDA SOLIS | 4/12/01 |

## ORDER OF TRANSFER

This case is transferred to United States Magistrate Judge

John Wm. Black

to conduct all further proceedings, including final judgment.

5/2/01
Date

[signature]
Filemon B. Vela
United States District Judge

NOTE: **RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**