10

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 0 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| YOLANDA SOLIS and IRINEO SOLIS, As Next Friends of JOSEPHINE SOLIS, Deceased | § § § | |
| PLAINTIFFS, | § § | |
| VS. | § § | CIVIL ACTION NO. B-00-107 |
| UNITED STATES OF AMERICA | § § | "UNOPPOSED" |
| DEFENDANT. | § § | |

## ORDER

On  7 MAY  , 200_ came on to be considered Plaintiff's Motion for Continuance, and it appears to the Court that this Motion should be

(~~GRANTED~~)     (DENIED).

DONE AT BROWNSVILLE TEXAS, THIS 7TH DAY OF MAY 2001-

_____
JUDGE PRESIDING

**CONFORMED COPIES SENT TO:**

Michael J. Garza
**MICHAEL J. GARZA &
DORI CONTRERAS GARZA**
ATTORNEYS AT LAW
Texas State Bank Tower
3900 North 10th Street, Suite 950
McAllen, Texas 78501

Mr. Mervyn M. Mosbacker
United States Attorney
606 N. Carancahua, Suite 1400
Wilson Plaza, West Tower
Corpus Christi, Texas 78476