*11*

United States District Court
Southern District of Texas
FILED

MAY 1 6 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

TELEPHONIC STATUS CONFERENCE

CIVIL ACTION NO. B-00-107              DATE & TIME:  05-16-00 AT 10:00 A.M.

IRINEO SOLIS, ET AL.                   PLAINTIFF(S)   MICHAEL JAMES GARZA
                                       COUNSEL

VS.

UNITED STATES OF AMERICA               DEFENDANT(S)   LAWRENCE LUDKA
                                       COUNSEL

-------------------------------------------------------------------------------

Attorneys Michael Garza and Lawrence Ludka appeared telephonically.

Parties have agreed to submit a new scheduling order.

ClibPDF - www.fastio.com