12

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 1 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IRINEO SOLIS and YOLANDA SOLIS, Individually and As Next Friend of JOSEPHINE SOLIS, Deceased | § § § § § | |
| PLAINTIFFS, | § § | |
| VS. | § § | CIVIL ACTION NO. B-00-107 |
| UNITED STATES OF AMERICA | § § § | |
| DEFENDANT. | § | |

## DOCKET CONTROL ORDER

On this day came on to be considered the telephonic status conference in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) All written discovery in this case must be completed by June 29, 2001. Parties will exhange expert reports by August 10, 2001. Depositions and supplement reports must be completed by August 31, 2001.

(2) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(3) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than August 31, 2001.

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(4) Final pretrial and settlement conference is set for 3/AUG, 2001 at 1:30 P.M.

(5) ~~Final Pretrial is set for July 5, 2001 at 8:30 A.M. before Judge Filemon B. Vela. Jury selection is set for July 6, 2001 at 8:30 A.M. before Judge Filemon B. Vela.~~

(6) Trial on the merits is set for September 10, 2001 AT 9:00 A.M. ~~July 2001 docket call.~~

DONE at Brownsville, Texas, on this **30** day of May, 2001.

_____
John Wm Black
United States Magistrate Judge