13

U.S. DISTRICT COURT
SOUTHERN DISTRICT
FILED

01 JUL 19 PM 3:5

MICHAEL N. MILBY, CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| IRINEO SOLIS and YOLANDA SOLIS, Individually and as next friend of JOSEPHINE SOLIS, Deceased<br>Plaintiffs, | § § § § § § |
| v. | § Civil Action No. B-00-107 |
| UNITED STATES OF AMERICA | § § § § § |
| Defendant. | § |

## DEFENDANTS' SUPPLEMENTAL RULE 26 DISCLOSURE

The United States of America presents this its supplemental Fed R. Civ. P. 26 (a)(1) disclosures to plaintiff:

A. Nora Garza, M.D. 1051 E. Hwy 90, Suite 100, Castroville, Tx 78009. Plaintiff Yolanda Solis' treating physician. Dr. Garza has knowledge of statements made by plaintiff Yolanda Solis concerning medical treatment received by Josephine Solis in the Republic of Mexico immediately prior to her death.

Respectfully submitted,

GREGORY A. SERRES
United States Attorney

By: _____, AUSA, w/ permission
For LARRY LUDKA
Assistant United States Attorney

Dated July 19, 2001.

## CERTIFICATE OF SERVICE

I hereby certify that a true and foregoing copy of the Defendant's Supplemental Rule 26 Disclosure has been mailed via certified mail, return-receipt requested to the following:

Michael J. Garza
Attorney at Law
3900 N. 10th St., Suite #950
McAllen, TX 78501

on this the 19th day of JULY, 2001.

　　　　　　　　　　　　　　　　　　　　　　　NANCY L. MASSO
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

ClibPDF - www.fastio.com