14

United States District Court
Southern District of Texas
FILED

AUG 0 9 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| YOLANDA SOLIS, *ET AL*, PLAINTIFFS, | * * * |
| V. | * CIVIL NO. B-00-107 * |
| UNITED STATES OF AMERICA DEFENDANT. | * * |

### DEFENDANT'S DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW defendant, the United States of America, by and through its United States Attorney for the Southern District of Texas, Gregory Serres pursuant to Fed. R. Civ. P. 26(a)(2)(A), and files this its designation of expert witnesses as follows:

1. Deborah Neigut, M.D.
   Department of Pediatrics
   University of Texas Medical Center
   7703 Floyd Curl Dr.
   San Antonio, TX. 78284-7807

Any and all experts which plaintiffs to this lawsuit have or intend to designate.

Respectfully submitted,

GREGORY A. SERRES
United States Attorney

By: _____, with permission
LARRY LUDKA
Assistant United States Attorney
State Bar I.D. Number: 12667500
Admissions I.D. Number: 10721
Wilson Plaza, Suite 1400
606 N. Carancahua
Corpus Christi, Texas  78476
(361) 884-3454
(361) 888-3200 FAX

## CERTIFICATE OF SERVICE

I hereby certify that all interested parties have been served a copy of the foregoing Defendants' Designation of Expert Witnesses, has been mailed via first class mail, postage prepaid, the party listed below, on this ___9th___, day of ___August___, 2001.

Michael J. Garza
Attorney for Plaintiff
3900 N. 10th St., Suite #950
McAllen, TX 78501

_____
LARRY LUDKA
Assistant United States Attorney