

United States District Court
Southern District of Texas
FILED

AUG 13 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IRINEO SOLIS and YOLANDA SOLIS, Individually and As Next Friend of JOSEPHINE SOLIS, Deceased<br><br>PLAINTIFFS,<br><br>VS.<br><br>UNITED STATES OF AMERICA<br><br>DEFENDANT. | §§§§§§§§§§§§§ | CIVIL ACTION NO. B-00-107 |

### PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Irineo Solis and Yolanda Solis, Plaintiffs in the above entitled and numbered cause, and files this their Designation of Expert Witnesses.

SECTION 1.

RETAINED EXPERT WITNESSES

**1.01** Plaintiffs hereby designate the following non-retained expert witnesses who may be called to testify in the trial of this cause:

| | | |
|---|---|---|
| Joseph Varon, M.D. F.A.C.P., F.C.C.P., F.C.C.M. | 4915 Braesvalley Drive Houston, Texas 77096-2704 (713) 661-6432 | If called to testify, Dr. Varon will testify on plaintiff's injuries and the medical treatment rendered to plaintiff. |

## SECTION 2.

## **NON-RETAINED EXPERT WITNESSES**

2.01   Plaintiff hereby designates the following non-retained expert witnesses who may be called to testify in the trial of this cause:

|  |  |  |
|---|---|---|
| Monica Randles, M.D. | 1902 Parkwood<br>Harlingen, Texas 78501<br>Telephone unknown | If called to testify, Dr. Randles will testify on the medical treatment rendered to Josephine Solis. |
| Leticia Livia Lopez, M.D. | 4501 South Expressway 83<br>Harlingen, Texas 78550<br>(956) 428-4345 | If called to testify, Dr. Lopez will testify on the medical treatment rendered to Josephine Solis. |
| Elena L. Martin, M.D. | 4501 South Expressway 83<br>Harlingen, Texas 78550<br>(956) 428-4345 | If called to testify, Dr. Martin will testify on the medical treatment rendered to Josephine Solis. |
| Margie Cornwell, M.D. | P.O. Drawer 2588<br>Harlingen, Texas 78551-2588<br>(956) 389-1100 | If called to testify, Dr. Cornwell will testify on the findings of the autopsy performed on Josephine Solis. |
| George Garza, M.D.<br>Su Clinica Familiar | 2018 Pease Street<br>Harlingen, Texas 78550<br>(956) 428-4171 | If called to testify, Dr. Garza will testify on Josephine Solis' medical treatment. |
| Valley Baptist Medical Center | 2101 Pease<br>Harlingen, Texas 78501<br>(956) 389-1100 | If called to testify, provider will testify on the medical treatment rendered to Josephine Solis. |

2.02   Medical documentation for the foregoing medical providers has been previously produced to defendant.

## SECTION 3.

3.01   Plaintiffs reserve the right to supplement this designation with additional designations of experts within the time limits imposed by the Court or any alterations of same by subsequent Court Order or agreement of the parties, or pursuant to the Texas Rules

of Civil Procedure and/or the Texas Rules of Civil Evidence. Plaintiffs reserve the right to elicit, by way of cross-examination, opinion testimony, and adverse testimony, from experts and non-expert witnesses designated and called by other parties to this suit. Plaintiffs reserve the right to call undesignated rebuttal expert witnesses whose testimony cannot reasonably be foreseen until the presentation of the evidence in this trial. Plaintiffs reserve the right to withdraw the designation of any expert and to aver positively that any such previously designated expert will not be called as a witness at trial, and to redesignate same as a consulting expert, who cannot be called by opposing counsel. Plaintiffs hereby designate, as adverse parties, potentially adverse parties, and/or as witnesses associated with adverse parties, all parties to this suit and all experts designated by any party to this suit, even if the designating party is not a party to this suit at the time of trial. In the event a present or future party designates an expert but then is dismissed for any reason from the suit or fails to call any designated expert, Plaintiffs reserve the right to designate and/or call any such party or any such experts previously designated by any party. Plaintiffs reserve whatever additional rights they might have with regard to experts, pursuant to the Texas Rules of Civil Procedure, the Texas Rules of Civil Evidence, the case law regarding same and the rulings of this Court. Plaintiffs reserve the right to elicit expert, lay or adverse opinions by way of examinations, cross-examination or other means, where appropriate, from those witnesses designated by plaintiffs or defendants who may have knowledge of relevant facts and/or have been designated as expert witnesses by other parties.

Respectfully submitted,

**MICHAEL J. GARZA &
DORI CONTRERAS GARZA**
ATTORNEYS AT LAW
Texas State Bank Tower
3900 North 10th Street, Suite 950
McAllen, Texas 78501
Telephone No.: (956) 994-3100
Telecopier No.: (956) 994-3174

BY: _____
Michael J. Garza
State Bar No. 00788769
**Dori Contreras Garza**
State Bar No. 17992450

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I the undersigned, do hereby certify that on August_____, 2001, a true and correct copy of the above and foregoing document was sent as indicated below to the following:

☐ Via Facsimile     ☐ Via First Class Mail     ☐ Via C.M.R.R.R.

Mervyn M. Mosbacker
Larry Ludka
United States Attorney's Office
Willson Plaza West, Ste. 1400
606 N. Carancha Street
Corpus Christi, Texas 78476

_____
Michael J. Garza