/16

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
District of Texas
FILED

AUG 2 8 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IRINEO SOLIS and YOLANDA SOLIS, Individually and As Next Friend of JOSEPHINE SOLIS, Deceased | § § § § § | |
| PLAINTIFFS, | § § | CIVIL ACTION NO. B-00-107 |
| VS. | § § | "UNOPPOSED" |
| UNITED STATES OF AMERICA DEFENDANT. | § § § | |

### MICHAEL J. GARZA AND DORI CONTRERAS GARZA'S MOTION TO WITHDRAW AS ATTORNEYS IN CHARGE AND MOTION FOR CONTINUANCE OF TRIAL SETTING

Michael J. Garza and Dori Contreras Garza ask this court to allow them to withdraw as attorneys for Plaintiffs, Irineo Solis and and Yolanda Solis individually and as next friend of Josephine Solis, Deceased.

### Introduction

1. Plaintiffs are Irineo Solis and Yolanda Solis, Individually and As Next Friend of Josephine Solis, Deceased. Defendant is the United States of America.

2. Plaintiffs sued defendant for claims and causes of action as fully described in the pleadings on file and incorporated herein by reference.

3. Discovery in this suit is governed by an Order entered by the court on May 30, 2001.

4. This case is set for trial on September 10, 2001 at 9:00 a.m.

## Argument & Authorities

5. There is good cause for this court to grant the motion to withdraw because continued representation by Mr. Garza is impractical.

6. Michael J. Garza and Dori Contreras Garza have delivered a copy of this motion to Plaintiffs Irineo Solis and Yolanda Solis, Individually and as next friend of Josephine Solis, Deceased and have notified them, verbally, by hand delivery and regular mail, of the hearing on this motion and their right to object to the motion.

7. Plaintiffs Irineo Solis and Yolanda Solis, individually and as next friend of Josephine Solis' last known address is 3022 West Lamb, Harlingen, Texas 78550.

## Motion for Continuance

8. This case is set for trial on September 10, 2001. Plaintiffs have informed Mr. Garza that they are seeking new counsel. Mr. Garza and Plaintiffs are asking the court to reschedule the trial date to allow new counsel to enter into the case and prepare for trial.

9. This request for continuance is not for delay only, but that justice may be done.

## Certificate of Conference

10. On August 27, 2001, Mr. Garza conferred with Mr. Larry Ludka, Assistant United States Attorney regarding the subject of this motion. Mr. Ludka is unopposed to the motion to withdraw and to the motion for continuance.

## Prayer

For these reasons, Michael J. Garza and Dori Contreras Garza ask this court to grant their motion to withdraw and motion for continuance.

Respectfully submitted,

**MICHAEL J. GARZA &
DORI CONTRERAS GARZA**
ATTORNEYS AT LAW
Texas State Bank Tower
3900 North 10th Street, Suite 950
McAllen, Texas 78501
Telephone No.: (956) 994-3100
Telecopier No.: (956) 994-3174

BY: _____
Michael J. Garza
State Bar No. 00788769
Federal ID No. 17444
**Dori Contreras Garza**
State Bar No. 17992450
Federal ID No. 21930

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on August 28, 2001, a true and correct copy of the above and foregoing document was sent as indicated below to the following:

☑ Via Facsimile        ☐ Via First Class Mail        ☐ Via C.M.R.R.R.

Larry Ludka
Assistant United States Attorney
Wilson Plaza West, Suite 1400
606 N. Carancahua Street
Corpus Christi, Texas 78476
Telephone: 361-888-3111
Telecopier: 361-888-3200

☐ Via Facsimile        ☑ Via First Class Mail        ☑ Via Hand Delivery

Irineo & Yolanda Solis
3022 West Lamb
Harlingen, Texas 78550

_____
Michael J. Garza

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IRINEO SOLIS and YOLANDA SOLIS, | § | |
| Individually and As Next Friend of | § | |
| JOSEPHINE SOLIS, Deceased | § | |
| PLAINTIFFS, | § | CIVIL ACTION NO. B-00-107 |
| | § | |
| VS. | § | "UNOPPOSED" |
| | § | |
| UNITED STATES OF AMERICA | § | |
| DEFENDANTS. | § | |

## AFFIDAVIT OF MICHAEL J. GARZA

On this day, Michael J. Garza, appeared before me, the undersigned notary public. After I administered an oath to him, upon his oath, he said:

My name is Michael J. Garza. I am competent to make this affidavit. I am the attorney of record for the Plaintiffs in the above entitled and numbered cause. I have read the foregoing Michael J. Garza and Dori Contreras Garza's Motion to Withdraw As Attorneys In Charge and Motion for Continuance of Trial Setting, and the facts stated in it are within my personal knowledge and are true and correct."

Further affiant sayeth not.

_____
MICHAEL J. GARZA

SUBSCRIBED AND SWORN TO BEFORE ME on August 28, 20 01, to certify which witness my hand seal of office.

_____
Notary Public, State of Texas

MAGGIE HERNANDEZ
MY COMMISSION EXPIRES
March 10, 2004

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IRINEO SOLIS and YOLANDA SOLIS, Individually and As Next Friend of JOSEPHINE SOLIS, Deceased PLAINTIFFS, | § § § § § § § § § § | CIVIL ACTION NO. B-00-107 "UNOPPOSED" |
| VS. | | |
| UNITED STATES OF AMERICA DEFENDANT. | | |

## ORDER ON MOTION TO WITHDRAW AND MOTION FOR CONTINUANCE

On _____, 2001, the court considered Michael J. Garza & Dori Contreras Garza's motion to withdraw as attorneys in charge for Plaintiffs Irineo Solis and Yolanda Solis, Individually and as next friend of Josephine Solis, Deceased and motion for continuance. After considering the motion and after a hearing, the court

GRANTS Michael J. Garza & Dori Contreras Garza's motion to withdraw and motion for continuance. The court ORDERS that this case is continued for _____ number of days, until _____, 2001.

SIGNED on _____, 2001.

_____
JOHN WILLIAM BLACK
UNITED STATES MAGISTRATE JUDGE

APPROVED & ENTRY REQUESTED:

_____
**Michael J. Garza**
State Bar No. 00788769
Federal ID No. 17444
**Dori Contreras Garza**
State Bar No. 17992450
Federal ID No. 21930
**MICHAEL J. GARZA & DORI CONTRERAS GARZA**
Attorneys at Law
Texas State Bank Tower
3900 North 10th Street, Suite 950
McAllen, Texas 78501