IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| IRINEO SOLIS and YOLANDA SOLIS, § <br> Individually and As Next Friend of § <br> JOSEPHINE SOLIS, Deceased § <br> PLAINTIFFS, § <br> § <br> VS. § <br> § <br> UNITED STATES OF AMERICA § <br> DEFENDANT. § | CIVIL ACTION NO. B-00-107 |

## NOTICE OF APPEARANCE

Plaintiffs, Irineo Solis and Yolanda Solis, individually and as next friend of Josephine Solis, Deceased, file this Notice of Appearance of Counsel, and, as grounds therefore, respectfully show the following:

1. Dori Contreras Garza will appear on behalf of Michael J. Garza, at the Final pretrial and settlement conference scheduled for Friday, August 31, 2001, at 1:30 p.m. before the Honorable John William Black, United States Magistrate.

Respectfully submitted,

**MICHAEL J. GARZA &**
**DORI CONTRERAS GARZA**
ATTORNEYS AT LAW
Texas State Bank Tower
3900 North 10th Street, Suite 950
McAllen, Texas 78501
Telephone No.: (956) 994-3100
Telecopier No.: (956) 994-3174

BY: _____
Michael J. Garza
State Bar No. 00788769
Federal ID No. 17444
**Dori Contreras Garza**
State Bar No. 17992450
Federal ID No. 21930

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I the undersigned, do hereby certify that on August 28, 2001, a true and correct copy of the above and foregoing document was sent as indicated below to the following:

☑ Via Facsimile            ☐ Via First Class Mail            ☐ Via C.M.R.R.R.

Larry Ludka
Assistant United States Attorney
Wilson Plaza West, Suite 1400
606 N. Carancahua Street
Corpus Christi, Texas 78476
Telephone: 361-888-3111
Telecopier: 361-888-3200

_____
Michael J. Garza