#18

United States District Court
Southern District of Texas
FILED

AUG 3 1 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

FINAL PRETRIAL CONFERENCE

CIVIL ACTION NO. B-00-107

DATE & TIME: 08-31-01 AT 1:30 P.M.

IRINEO SOLIS, ET AL.

PLAINTIFF(S)    MICHAEL JAMES GARZA
COUNSEL    DORI CONTRERAS GARZA

VS.

UNITED STATES OF AMERICA

DEFENDANT(S)    LAWRENCE LUDKA
COUNSEL    NANCY MASSO

---

ERO: Gabriel Mendieta
CSO: Richard Haralson
INT: Sandra Guevara

    Attorneys Michael Garza, Lawrence Ludka and Nancy Masso appeared. Plaintiffs Mr. & Mrs. Solis appeared.

    Plaintiffs were instructed that they have 30 days to hire an attorney to replace Mr. Garza and Mrs. Garza who want to withdraw.

    Final status conference will be held October 1, 2001.

    Jury trial of September 10, 2001 is passed.

ClibPDF - www.fastio.com