IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 1 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| IRINEO SOLIS and YOLANDA SOLIS, | § | |
| Individually and As Next Friend of | § | |
| JOSEPHINE SOLIS, Deceased | § | |
| PLAINTIFFS | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-107 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| DEFENDANT. | § | |

## JOINT PRETRIAL ORDER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Irineo Solis and Yolanda Solis, Individually and as next friend of Josephine Solis, Deceased, Plaintiffs and the United States of America, Defendant, pursuant to the Court's order submit this Joint Pretrial Order.

1.     **APPEARANCE OF COUNSEL:**

List each party, its counsel, and counsel's address and telephone number in separate paragraphs.

| **Plaintiffs — Irineo Solis and Yolanda Solis, Individually and as next friend of Josephine Solis, Deceased** | **Defendant** – United States of America |
|---|---|
| **Counsel:** Michael J. Garza | **Counsel:** Larry Ludka, AUSA |
| **Counsel's Address:**<br><br>**MICHAEL J. GARZA &**<br>**DORI CONTRERAS GARZA**<br>Attorneys at Law<br>Texas State Bank Tower<br>3900 North 10th Street, Suite 950<br>McAllen, Texas 78501<br>Telephone No. (956) 994-3100<br>Telecopier No. (956) 994-3174 | **Counsel's Address:**<br><br>**UNITED STATES ATTORNEY'S OFFICE**<br>Wilson Plaza West, Suite 1400<br>606 N. Carancahua Street<br>Corpus Christi, Texas 78476<br>Telephone No. (361) 888-3111<br>Telecopier No. (361) 888-3200 |

## 2.    STATEMENT OF THE CASE:

Give a brief statement of the case, one that the judge could read to the jury panel for an introduction to the facts and parties; include names, dates, and places.

Plaintiffs bring this action against Defendant United States of America for the negligence of Su Clinica Familiar and its agents in failing to timely diagnose the condition of Josephine Solis, Deceased.  This failure to diagnose constituted a deviation from the standard of care required of Su Clinica Familiar and its agents, which resulted in the death of Josephine Solis.

## 3.    JURISDICTION:

Briefly specify the jurisdiction of the subject matter and the parties.  If there is an unresolved jurisdictional question, state it.

There is no dispute on jurisdiction.

## 4.    MOTIONS:

Michael J. Garza & Dori Contreras Garza's Motion to Withdraw As Attorneys in Charge and Motion for Continuance of Trial Setting.

Defendant's Motion to Dismiss

Defendant will file a motion in limine to exclude any testimony by any witness designated as an expert by plaintiffs based on the plaintiffs' failure to timely comply with Fed. R. Civ. P. 26 (a) (2) (B).

## 5.    CONTENTIONS OF THE PARTIES:

State concisely in separate paragraphs each party's claims.

### Plaintiff:

Plaintiff, Yolanda Solis took Josephine Solis to Su Clinica Familiar on May 27, 1997, for

scheduled immunizations.  Several days later, she left Texas and traveled into Mexico to visit her

relatives.  Around midnight on June 2, 1997, the baby Josephine, began to have a fever.  She was

still willing to eat, but by the next morning, Mrs. Solis noticed blood and mucous in Josephine's

stool.  Mrs. Solis took Josephine and boarded a bus with her husband to return to Harlingen.

Josephine had very little diarrhea during the trip, but began to vomit.

On or about June 4, 1997 the Solis' went immediately to Su Clinica Familiar, where Dr. Monica Randals examined Josephine and noted vomiting and mucoid stools. Dr. Randal prescribed Pedialyte and Bactrim for home use, and told Mrs. Solis to return if she noted "copious bloody stools or altered mental status".

Josephine grew weaker over the course of the day, and was taken to Su Clinic Familiar around 6:00 p.m. on June 5, 1997. At this time, Dr. Leticia Livia Lopez examined Josephine. She notes that there was a continued fever, vomiting and mild to moderate dehydration. She notes that Josephine's lips were dry and her fontanel were sunken. Lastly, she wrote that Josephine appeared "nontoxic but tired".

About three hours later, at 9:00 p.m. Josephine and her mother were sent by Dr. Lopez to Valley Baptist Center. Josephine died in Yolanda's arms just as she arrived at the pediatric floor of the hospital. The staff attempted to resuscitate Josephine but she was pronounced dead at 9:34 p.m. on June 5, 1997.

Plaintiffs contend that the negligence of Monica Randles, M.D. was the proximate cause of the death of Josephine Solis and severe and permanent injuries suffered by Plaintiffs, Yolanda Solis and Irineo Solis. The acts and/or omissions of Monica Randles, M.D. constitutes conduct below the standard of care. These include, but are not limited to, the following:

1. Failure to timely and properly diagnose Plaintiff's condition;
2. Failure to properly treat Plaintiff's condition;
3. Failure to properly monitor the changes in Plaintiff's medical condition; and
4. Failure to obtain timely medical consults and/or specialists in the treatment of Plaintiff's injuries.

All of the above singularly and/or collectively constitute and were a proximate cause of Plaintiffs' injuries and damages.

Plaintiffs contend that the negligence of Leticia Livia Lopez, M.D. was the proximate cause of the severe and permanent injuries suffered by Plaintiff, Yolanda Solis and Irineo Solis As Next Friend of Josephine Solis. The acts and/or omissions of Leticia Livia Lopez, M.D. constitutes conduct below the standard of care. These include, but are not limited to, the following:

1.    Failure to timely and properly diagnose Plaintiff's condition;
2.    Failure to properly treat Plaintiff's condition;
3.    Failure to properly monitor the changes in Plaintiff's medical condition; and
4.    Failure to obtain timely medical consults and/or specialists in the treatment of Plaintiff's injuries.

All of the above singularly and/or collectively constitute and were a proximate cause of Plaintiffs' injuries and damages.

Plaintiffs contend that Su Clinica Familiar failed to exercise ordinary care and was directly negligent in its formulation and enforcement of policies and procedures related to quality assurance and operation of its orthopedics department. Specifically, Su Clinica Familiar was negligent in:

1.    In failing to use ordinary care in the selection of staff physicians, agents and employees;
2.    In failing to supervise its staff physicians, agents and employees;
3.    In failing to review and monitor the competency of Monica Randles, M.D and Leticia Livia Lopez, M.D.

All of the above singularly and/or collectively constitute and were a proximate cause of Plaintiffs' injuries and damages.

**Defendant:**

On June 5, 1997 at approximately 900 A.M. Yolanda Solis brought her daughter Josephine to Su Clinica Familiar, a contract facility of the United States Department of Health and Human Services. The mother described a 3 day history of vomiting, diarrhea, and general lethargy. There was also at least on recent incident of bloody mucoid stool. The child had been in

the Republic of Mexico for at least 3 days prior to her arrival at the clinic. The child had received some unknown medications while in the Republic of Mexico. The mother did not inform the treating physician of the child's presence in Mexico or of the medications.

The child was seen by Dr. Monica Randles, the clinical pediatrician on duty. The mother described the child as having decreased activity, low grade fever but interactive with normal urine output and drinking juice but vomiting breast milk.

The child's physical exam revealed a temp. of 101.4 rectally and a Hr. of 128. The child was described by Dr, Randlee as sleepy but arousable and interactive, well developed, well hydrated and in no acute distress. The physical exam revealed a soft, ;non-tender abdomen with normal bowel sounds. Lab studies indicated a WHC of 14,400 with a predominance of lympocyte.

Dr. Randles assessment was bloody diarrhea, most likely bacterial in origin. Given the proximity to Mexico, dysentery is quite common and always prominent in the differential diagnosis of fever, vomiting and bloody diarrhea, The child was given Bactrim, an antibiotic, pedialyte to increase fluids to prevent dehydration and Tylenol for fever. The mother was instructed to return the next day or sooner if the amount of blood in the stool increased or the child became lethaxgic.

At approximately 6:20 the mother returned to the clinic with the child. The mother was concerned because the child continued to have fever and vomiting, She was seen by Dr Leticia Lopez. After taking a brief history, Dr. Lopez ordered immediate hospital admission for re-hydration and IV antibiotics. The clinic was located across the street from the hospital. The child was carried across the street by her mother accompanied by a clinic nurse.

Upon arrival at the pediatric ER unit the child went limp and suffered a cardiac infarction. After extensive intervention at the hospital the child was pronounced dead at 9:34 P.M.

An autopsy was performed which found an intussusception at the terminal ileum into the cecum. The tissue at the site of the intussusception had become necrotic and sepsis had entered the blood stream causing the heart to infarc.

It is the defendant's contention that they were not negligent in they treatment of the plaintiffs' child at any time during her diagnosis and treatment at the clinic. Plaintiffs' have failed to demonstrate or plead any facts which show a violation of the standard of care or any duty owed to the plaintiffs.

Plaintiffs' bear the complete burden of proof to establish, by expert testimony, that defendant's physicians violated the standard of care and that this violation of the standard of care was the proximate cause of their injuries. Plaintiffs' have totally failed to carry this burden.

**6.      ADMISSIONS OF FACT:**

List all fact that require no proof.

The following facts and issues not in genuine dispute are established by the pleadings or are established by the stipulations or admissions of the parties;

(A)      Plaintiffs' child was treated by physicians employed by the defendant.

(B)      Plaintiffs' have not provided defendant with an expert report as required by Fed. R. Civ. P. 2 6 (a) (2) (B).

**7.     CONTESTED ISSUES OF FACT**

List all material facts in controversy.

The contested issues of fact are:

**Plaintiff:**

Plaintiffs' contend there is good cause for not providing the report at this time.

**Defendant:**

The contested issues of fact are;

(A)     Whether Josephine Solis was in the Republic of Mexico for at least three days prior to June 5, 1997.

(B)     Whether Josephine Solis received any medical treatment in Mexico immediately prior to June 5. 1997.

**8.     AGREED PROPOSITIONS OF LAW:**

List the legal propositions that are not in dispute.

None.

**9.     CONTESTED PROPOSITIONS OF LAW:**

State briefly the unresolved questions of law, with authorities to support each.

The contested issues of law are;

(A)     Whether defendant's physicians violated the standard of care for a pediatrician in Cameron County, Texas.

(B)     Whether plaintiffs' have adequately established a prima facie case of medical malpractice under Texas common law,

(C)     Whether defendant committed any negligent act and whether that act was the proximate cause of any injury to the plaintiffs.

**10.   EXHIBITS:**

The parties' proposed exhibit lists are attached.  For Plaintiffs' see attachment "A". For

Defendant's see attachment "B."

Except as otherwise indicated, the authenticity of the exhibits on the accompanying lists has been stipulated, but they are to be received subject to objections by the opposing party, if any, at the pre-trial conference, to their relevance and materiality. If other exhibits are to be offered and their necessity can be reasonably anticipated, they will be submitted to opposing party at least five days prior to trial.

**11.    WITNESSES:**

A list of the names of all witnesses (except those to be used for impeachment only) for each party, together with a brief statement as to what their testimony will be, is attached hereto. For Plaintiffs' see attachment "C." For Defendant's see attachment "D."

**12.    SETTLEMENT**

The possibility of compromise settlement has not been discussed or explored.

**13.    TRIAL**

The parties estimate that trial of this case would take approximately three days and do not anticipate any logistical problems requiring the Court's attention.

**14.    ATTACHMENTS**

Each party must file as a separate document (captioned, signed by counsel, and with service certified) these required attachments in duplicate.

A.    For a jury trial:
    (1)    Proposed questions for the voir dire examination.
    (2)    Proposed charge, including instructions, definitions, and special interrogatories, with authority.

B.    For a non-jury trial:
    (1)    Proposed findings of fact with agreed and contested ones separated.
    (2)    Conclusions of law with authority.

**Plaintiff:**

Plaintiff's Proposed Findings of Fact and Conclusions of Law.

A.    Defendant physicians misdiagnosed Josephine Solis' medical condition on June 5, 1997.

B.    Defendant physicians misdiagnosis fell below the standard of care for a reasonably prudent physician practicing in Cameron County, Texas.

C.    Defendant physicians misdiagnosis was the proximate cause of Josephine Solis' death.

D.    Plaintiffs Irineo Solis and Yolanda Solis have been damaged.

**Defendant:**

Defendant's Proposed Findings of Fact and Conclusions of Law.

Finding of Fact:

(A)    Defendant's physicians did not misdiagnosis Josephine Solis, medical condition on June 5, 1997.

(B)    Plaintiffs' failed to file an expert report.

Conclusions of Law:

(A)    Under Texas common law, in a medical malpractice case, the plaintiff must establish a violation of the standard of care through expert testimony, Hood v. Phillips, 554 S.W. 2d 160 (Tex 1977). (H) Failure of a plaintiff to establish a violation of the standard of care through expert testimony is grounds for dismissal of a case pursuant to Fed. R. Civ, P. 41(b). S.turgeon v. Airborne Freight Corp., 778 F2d 1154 (5th Cir. 1985) .

Date:_____

_____
**UNITED STATES DISTRICT JUDGE**

Approved:

Date:  _8/31/01_____

_____
**Michael J. Garza**
Attorney-in-Charge for Plaintiffs

Date:  _8/31/01_____

_____
**Larry Ludka**
Assistant United States Attorney for Defendants

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| IRINEO SOLIS and YOLANDA SOLIS, Individually and As Next Friend of JOSEPHINE SOLIS, Deceased<br>PLAINTIFFS,<br>VS.<br><br>UNITED STATES OF AMERICA<br>DEFENDANT. | CIVIL ACTION NO.  B-00-107 |
|---|---|
| | **EXHIBIT LIST** |
| United States Magistrate<br>John William Black | |
| **List of**<br>**Plaintiffs Irineo Solis and Yolanda Solis,**<br>**Individually and as next friend of**<br>**Josephine Solis, Deceased** | Proceeding          Date |

## PLAINTIFFS' TRIAL EXHIBIT LIST

| NO. | DESCRIPTION | ADM | EXD |
|---|---|---|---|
| 1. | Medical records from Su Clinica Familiar containing information regarding the medical treatment rendered to Josephine Solis, Deceased. | | |
| 2. | Medical records from Harlingen Pediatrics Associates Familiar containing information regarding the medical treatment rendered to Josephine Solis, Deceased. | | |
| 3. | Medical records from Valley Baptist Medical Center containing information regarding the medical treatment rendered to Josephine Solis, Deceased. | | |
| 4. | Autopsy Report dated June 9, 1997, from Margie Cornwell, M.D., and pathologist with Valley Baptist Medical Center. | | |
| 5. | Funeral Purchase Agreement. | | |
| 6. | City of Harlingen Bureau of Vital Statistics Certificate of Death. | | |

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | |
|---|---|
| IRINEO SOLIS and YOLANDA SOLIS, Individually and As Next Friend of JOSEPHINE SOLIS, Deceased<br>                    PLAINTIFFS,<br>VS.<br><br>UNITED STATES OF AMERICA<br>                    DEFENDANT. | CIVIL ACTION NO.  B-00-107 |
| | **EXHIBIT LIST** |
| United States Magistrate<br>John William Black | |
| **List of<br>Plaintiffs Irineo Solis and Yolanda Solis,<br>Individually and as next friend of<br>Josephine Solis, Deceased** | Proceeding                    Date |

## PLAINTIFFS' TRIAL EXHIBIT LIST

| NO. | DESCRIPTION | ADM | EXD |
|---|---|---|---|
| 1. | Medical records from Su Clinica Familiar containing information regarding the medical treatment rendered to Josephine Solis, Deceased. | | |
| 2. | Medical records from Harlingen Pediatrics Associates Familiar containing information regarding the medical treatment rendered to Josephine Solis, Deceased. | | |
| 3. | Medical records from Valley Baptist Medical Center containing information regarding the medical treatment rendered to Josephine Solis, Deceased. | | |
| 4. | Autopsy Report dated June 9, 1997, from Margie Cornwell, M.D., and pathologist with Valley Baptist Medical Center. | | |
| 5. | Funeral Purchase Agreement. | | |
| 6. | City of Harlingen Bureau of Vital Statistics Certificate of Death. | | |

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | |
|---|---|
| IRINEO SOLIS and YOLANDA SOLIS, Individually and As Next Friend of JOSEPHINE SOLIS, Deceased<br>PLAINTIFFS,<br>VS.<br><br>UNITED STATES OF AMERICA<br>DEFENDANT. | CIVIL ACTION NO. B-00-107 |
| | **EXHIBIT LIST** |
| United States Magistrate<br>John William Black | |
| **List of**<br>**Plaintiffs Irineo Solis and Yolanda Solis,**<br>**Individually and as next friend of**<br>**Josephine Solis, Deceased** | Proceeding          Date |

## PLAINTIFFS' TRIAL EXHIBIT LIST

| NO. | DESCRIPTION | ADM | EXD |
|---|---|---|---|
| 1. | Medical records from Su Clinica Familiar containing information regarding the medical treatment rendered to Josephine Solis, Deceased. | | |
| 2. | Medical records from Harlingen Pediatrics Associates Familiar containing information regarding the medical treatment rendered to Josephine Solis, Deceased. | . . . | |
| 3. | Medical records from Valley Baptist Medical Center containing information regarding the medical treatment rendered to Josephine Solis, Deceased. | | |
| 4. | Autopsy Report dated June 9, 1997, from Margie Cornwell, M.D., and pathologist with Valley Baptist Medical Center. | | |
| 5. | Funeral Purchase Agreement. | | |
| 6. | City of Harlingen Bureau of Vital Statistics Certificate of Death. | | |

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | |
|---|---|
| IRINEO SOLIS and YOLANDA SOLIS, Individually and As Next Friend of JOSEPHINE SOLIS, Deceased<br>　　　　　　PLAINTIFFS,<br>VS.<br><br>UNITED STATES OF AMERICA<br>　　　　DEFENDANT. | CIVIL ACTION NO.  B-00-107 |
| | **EXHIBIT LIST** |
| United States Magistrate<br>John William Black | |
| **List of<br>Plaintiffs Irineo Solis and Yolanda Solis,<br>Individually and as next friend of<br>Josephine Solis, Deceased** | Proceeding　　　　　　　　Date |

## PLAINTIFFS' TRIAL EXHIBIT LIST

| NO. | DESCRIPTION | ADM | EXD |
|---|---|---|---|
| 1. | Medical records from Su Clinica Familiar containing information regarding the medical treatment rendered to Josephine Solis, Deceased. | | |
| 2. | Medical records from Harlingen Pediatrics Associates Familiar containing information regarding the medical treatment rendered to Josephine Solis, Deceased. | | |
| 3. | Medical records from Valley Baptist Medical Center containing information regarding the medical treatment rendered to Josephine Solis, Deceased. | | |
| 4. | Autopsy Report dated June 9, 1997, from Margie Cornwell, M.D., and pathologist with Valley Baptist Medical Center. | | |
| 5. | Funeral Purchase Agreement. | | |
| 6. | City of Harlingen Bureau of Vital Statistics Certificate of Death. | | |

## DEFENDANTS' EXHIBIT LIST

Exhibit D-1     Medical Record of Josephine Solis

Exhibit D-2     Autopsy Report on death of Josephine Solis.

## DEFENDANTS' EXHIBIT LIST

Exhibit D-1     Medical Record of Josephine Solis

Exhibit D-2     Autopsy Report on death of Josephine Solis.

## DEFENDANTS' EXHIBIT LIST

Exhibit D-1    Medical Record of Josephine Solis

Exhibit D-2    Autopsy Report on death of Josephine Solis.

**DEFENDANTS' EXHIBIT LIST**

Exhibit D-1     Medical Record of Josephine Solis

Exhibit D-2     Autopsy Report on death of Josephine Solis.

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| IRINEO SOLIS and YOLANDA SOLIS, Individually and As Next Friend of JOSEPHINE SOLIS, Deceased<br>PLAINTIFFS,<br><br>VS.<br><br>UNITED STATES OF AMERICA<br>DEFENDANT. | CIVIL ACTION NO.  B-00-107<br><br>**WITNESS LIST** |
|---|---|
| United States Magistrate<br>John William Black | |
| **List of<br>Plaintiffs Irineo Solis and Yolanda Solis,<br>Individually and as next friend of<br>Josephine Solis, Deceased** | Proceeding                    Date |

## PLAINTIFFS' WITNESS LIST

| No. | Name, Address & Telephone Number of Witness | Knowledge of Subject Matter |
|---|---|---|
| 1. | Yolanda Solis, Individually<br>3022 W. Lamb<br>Harlingen, Texas 78550<br>(956) 425-2795 | Plaintiff. Has knowledge of the acts and events made the basis of this lawsuit. |
| 2. | Irineo Solis, Individually<br>3022 W. Lamb<br>Harlingen, Texas 78550<br>(956) 425-2795 | Plaintiff.  Has knowledge of the acts and events made the basis of this lawsuit. |
| 3. | Yolanda Solis and Irineo Solis, As Next Friends of Josephine Solis<br>3022 W. Lamb<br>Harlingen, Texas 78550<br>(956) 425-2795 | Plaintiffs.  Have knowledge of acts and events made the basis of this lawsuit. |
| 4. | Su Clinica Familiar<br>2018 Pease Street<br>Harlingen, Texas 78550<br>(956) 428-4171 | Defendant.  Has knowledge of the acts and events made the basis of this lawsuit. |

| No. | Name, Address & Telephone Number of Witness | Knowledge of Subject Matter |
|---|---|---|
| 5. | Monica Randles, M.D.<br>1902 Parkwood<br>Harlingen, Texas 78501<br>Telephone unknown | Defendant. Provided medical services to Josephine Solis, Deceased. Has knowledge of the acts and events made the basis of this lawsuit. |
| 6. | Leticia Livia Lopez, M.D.<br>4501 South Expressway 83<br>Harlingen, Texas 78550<br>(956) 428-4345 | Defendant. Medical provider of Josephine Solis, Deceased. |
| 7. | Elena L. Martin, M.D.<br>4501 South Expressway 83<br>Harlingen, Texas 78550<br>(956) 428-4345 | Supervising physician at defendant Su Clinica Familiar. Has knowledge of the acts and events made the basis of this lawsuit. |
| 8. | Margie Cornwell, M.D.<br>P.O. Drawer 2588<br>Harlingen, Texas 78551-2588<br>(956) 389-1100 | Pathologist who performed autopsy on Josephine Solis, Deceased. |
| 9. | George Garza, M.D.<br>Su Clinica Familiar<br>2018 Pease Street<br>Harlingen, Texas 78550<br>(956) 428-4171 | Treating medical provider of Josephine Solis, Deceased. |
| 10. | Maribelle Garza, M.D.<br>Harlingen Pediatrics Associates<br>2226 Haine Drive<br>Harlingen, Texas 78550<br>(956) 425-8761 | Treating medical provider of Josephine Solis, Deceased. |
| 11. | Custodian of Medical and Billing Records for<br>Su Clinica Familiar<br>2018 Pease Street<br>Harlingen, Texas 78550<br>(956) 428-4171 | Has custody of medical records pertaining to medical treatment rendered to Josephine Solis, Deceased. |
| 12. | Custodian of Medical and Billing Records for<br>Maribelle Garza, M.D.<br>Harlingen Pediatrics Associates<br>2226 Haine Drive<br>Harlingen, Texas 78550<br>(956) 425-8761 | Has custody of medical records pertaining to medical treatment rendered to Josephine Solis, Deceased |
| 13. | Custodian of Medical and Billing Records for<br>Valley Baptist Medical Center<br>2101 Pease<br>Harlingen, Texas 78501<br>(956) 389-1100 | Has custody of medical records pertaining to medical treatment rendered to Josephine Solis, Deceased |
| 14. | Joseph Varon, M.D. F.A.C.P., F.C.C.P., F.C.C.M.<br>4915 Braesvalley Drive | Has knowledge of the incident and Plaintiff's injuries. |

| No. | Name, Address & Telephone Number of Witness | Knowledge of Subject Matter |
|-----|---------------------------------------------|-----------------------------|
|     | Houston, Texas 77096-2704<br>(713) 661-6432 |                             |
| 15. | Custodian of Medical Records for Joseph Varon, M.D., F.A.C.P., F.C.C.P., F.C.C.M.<br>4915 Braesvalley Drive<br>Houston, Texas 77096-2704<br>(713) 661-6432. | Has knowledge of the records maintained by Joseph Varon, M.D. F.A.C.P., F.C.C.P., F.C.C.M. |
| 16. | Deborah Neigut, M.D.<br>Department of Pediatrics<br>University of Texas Medical Center<br>7703 Floyd Curl Dr.<br>San Antonio, Texas 78284-7807 | Defendant's expert witness. Has knowledge of the incident and Plaintiff's injuries. |
| 17. | Custodian of Medical Records for<br>Deborah Neigut, M.D.<br>Department of Pediatrics<br>University of Texas Medical Center<br>7703 Floyd Curl Dr.<br>San Antonio, Texas 78284-7807 | Has knowledge of the records maintained by Deborah Neigut, M.D. |
| 18. | Any and all witnesses identified by the defendant in its Witness List. | |

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | |
|---|---|
| IRINEO SOLIS and YOLANDA SOLIS, Individually and As Next Friend of JOSEPHINE SOLIS, Deceased<br>PLAINTIFFS,<br><br>VS.<br><br>UNITED STATES OF AMERICA<br>DEFENDANT. | CIVIL ACTION NO.  B-00-107 |
| | **WITNESS LIST** |
| United States Magistrate<br>John William Black | |
| **List of<br>Plaintiffs Irineo Solis and Yolanda Solis,<br>Individually and as next friend of<br>Josephine Solis, Deceased** | Proceeding                    Date |

## PLAINTIFFS' WITNESS LIST

| No. | Name, Address & Telephone Number of Witness | Knowledge of Subject Matter |
|---|---|---|
| 1. | Yolanda Solis, Individually<br>3022 W. Lamb<br>Harlingen, Texas 78550<br>(956) 425-2795 | Plaintiff.  Has knowledge of the acts and events made the basis of this lawsuit. |
| 2. | Irineo Solis, Individually<br>3022 W. Lamb<br>Harlingen, Texas 78550<br>(956) 425-2795 | Plaintiff.   Has knowledge of the acts and events made the basis of this lawsuit. |
| 3. | Yolanda Solis and Irineo Solis, As Next Friends of Josephine Solis<br>3022 W. Lamb<br>Harlingen, Texas 78550<br>(956) 425-2795 | Plaintiffs.  Have knowledge of acts and events made the basis of this lawsuit. |
| 4. | Su Clinica Familiar<br>2018 Pease Street<br>Harlingen, Texas 78550<br>(956) 428-4171 | Defendant.  Has knowledge of the acts and events made the basis of this lawsuit. |

| No. | Name, Address & Telephone Number of Witness | Knowledge of Subject Matter |
|---|---|---|
| 5. | Monica Randles, M.D.<br>1902 Parkwood<br>Harlingen, Texas 78501<br>Telephone unknown | Defendant.   Provided medical services to Josephine Solis, Deceased. Has knowledge of the acts and events made the basis of this lawsuit. |
| 6. | Leticia Livia Lopez, M.D.<br>4501 South Expressway 83<br>Harlingen, Texas 78550<br>(956) 428-4345 | Defendant.   Medical provider of Josephine Solis, Deceased. |
| 7. | Elena L. Martin, M.D.<br>4501 South Expressway 83<br>Harlingen, Texas 78550<br>(956) 428-4345 | Supervising physician at defendant Su Clinica Familiar.   Has knowledge of the acts and events made the basis of this lawsuit. |
| 8. | Margie Cornwell, M.D.<br>P.O. Drawer 2588<br>Harlingen, Texas 78551-2588<br>(956) 389-1100 | Pathologist who performed autopsy on Josephine Solis, Deceased. |
| 9. | George Garza, M.D.<br>Su Clinica Familiar<br>2018 Pease Street<br>Harlingen, Texas 78550<br>(956) 428-4171 | Treating medical provider of Josephine Solis, Deceased. |
| 10. | Maribelle Garza, M.D.<br>Harlingen Pediatrics Associates<br>2226 Haine Drive<br>Harlingen, Texas 78550<br>(956) 425-8761 | Treating medical provider of Josephine Solis, Deceased. |
| 11. | Custodian of Medical and Billing Records for<br>Su Clinica Familiar<br>2018 Pease Street<br>Harlingen, Texas 78550<br>(956) 428-4171 | Has custody of medical records pertaining to medical treatment rendered to Josephine Solis, Deceased. |
| 12. | Custodian of Medical and Billing Records for<br>Maribelle Garza, M.D.<br>Harlingen Pediatrics Associates<br>2226 Haine Drive<br>Harlingen, Texas 78550<br>(956) 425-8761 | Has custody of medical records pertaining to medical treatment rendered to Josephine Solis, Deceased |
| 13. | Custodian of Medical and Billing Records for<br>Valley Baptist Medical Center<br>2101 Pease<br>Harlingen, Texas 78501<br>(956) 389-1100 | Has custody of medical records pertaining to medical treatment rendered to Josephine Solis, Deceased |
| 14. | Joseph Varon, M.D. F.A.C.P., F.C.C.P., F.C.C.M.<br>4915 Braesvalley Drive | Has knowledge of the incident and Plaintiff's injuries. |

| No. | Name, Address & Telephone Number of Witness | Knowledge of Subject Matter |
|---|---|---|
|  | Houston, Texas 77096-2704<br>(713) 661-6432 |  |
| 15. | Custodian of Medical Records for Joseph Varon, M.D., F.A.C.P., F.C.C.P., F.C.C.M.<br>4915 Braesvalley Drive<br>Houston, Texas 77096-2704<br>(713) 661-6432. | Has knowledge of the records maintained by Joseph Varon, M.D. F.A.C.P., F.C.C.P., F.C.C.M. |
| 16. | Deborah Neigut, M.D.<br>Department of Pediatrics<br>University of Texas Medical Center<br>7703 Floyd Curl Dr.<br>San Antonio, Texas 78284-7807 | Defendant's expert witness. Has knowledge of the incident and Plaintiff's injuries. |
| 17. | Custodian of Medical Records for Deborah Neigut, M.D.<br>Department of Pediatrics<br>University of Texas Medical Center<br>7703 Floyd Curl Dr.<br>San Antonio, Texas 78284-7807 | Has knowledge of the records maintained by Deborah Neigut, M.D. |
| 18. | Any and all witnesses identified by the defendant in its Witness List. | |

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | |
|---|---|
| IRINEO SOLIS and YOLANDA SOLIS, Individually and As Next Friend of JOSEPHINE SOLIS, Deceased<br>PLAINTIFFS,<br><br>VS.<br><br>UNITED STATES OF AMERICA<br>DEFENDANT. | CIVIL ACTION NO. B-00-107 |
| | **WITNESS LIST** |
| United States Magistrate<br>John William Black | |
| **List of**<br>**Plaintiffs Irineo Solis and Yolanda Solis,**<br>**Individually and as next friend of**<br>**Josephine Solis, Deceased** | Proceeding                Date |

### PLAINTIFFS' WITNESS LIST

| No. | Name, Address & Telephone Number of Witness | Knowledge of Subject Matter |
|---|---|---|
| 1. | Yolanda Solis, Individually<br>3022 W. Lamb<br>Harlingen, Texas 78550<br>(956) 425-2795 | Plaintiff. Has knowledge of the acts and events made the basis of this lawsuit. |
| 2. | Irineo Solis, Individually<br>3022 W. Lamb<br>Harlingen, Texas 78550<br>(956) 425-2795 | Plaintiff. Has knowledge of the acts and events made the basis of this lawsuit. |
| 3. | Yolanda Solis and Irineo Solis, As Next Friends of Josephine Solis<br>3022 W. Lamb<br>Harlingen, Texas 78550<br>(956) 425-2795 | Plaintiffs. Have knowledge of acts and events made the basis of this lawsuit. |
| 4. | Su Clinica Familiar<br>2018 Pease Street<br>Harlingen, Texas 78550<br>(956) 428-4171 | Defendant. Has knowledge of the acts and events made the basis of this lawsuit. |

| No. | Name, Address & Telephone Number of Witness | Knowledge of Subject Matter |
|-----|---------------------------------------------|------------------------------|
| 5. | Monica Randles, M.D.<br>1902 Parkwood<br>Harlingen, Texas 78501<br>Telephone unknown | Defendant. Provided medical services to Josephine Solis, Deceased. Has knowledge of the acts and events made the basis of this lawsuit. |
| 6. | Leticia Livia Lopez, M.D.<br>4501 South Expressway 83<br>Harlingen, Texas 78550<br>(956) 428-4345 | Defendant. Medical provider of Josephine Solis, Deceased. |
| 7. | Elena L. Martin, M.D.<br>4501 South Expressway 83<br>Harlingen, Texas 78550<br>(956) 428-4345 | Supervising physician at defendant Su Clinica Familiar. Has knowledge of the acts and events made the basis of this lawsuit. |
| 8. | Margie Cornwell, M.D.<br>P.O. Drawer 2588<br>Harlingen, Texas 78551-2588<br>(956) 389-1100 | Pathologist who performed autopsy on Josephine Solis, Deceased. |
| 9. | George Garza, M.D.<br>Su Clinica Familiar<br>2018 Pease Street<br>Harlingen, Texas 78550<br>(956) 428-4171 | Treating medical provider of Josephine Solis, Deceased. |
| 10. | Maribelle Garza, M.D.<br>Harlingen Pediatrics Associates<br>2226 Haine Drive<br>Harlingen, Texas 78550<br>(956) 425-8761 | Treating medical provider of Josephine Solis, Deceased. |
| 11. | Custodian of Medical and Billing Records for<br>Su Clinica Familiar<br>2018 Pease Street<br>Harlingen, Texas 78550<br>(956) 428-4171 | Has custody of medical records pertaining to medical treatment rendered to Josephine Solis, Deceased. |
| 12. | Custodian of Medical and Billing Records for<br>Maribelle Garza, M.D.<br>Harlingen Pediatrics Associates<br>2226 Haine Drive<br>Harlingen, Texas 78550<br>(956) 425-8761 | Has custody of medical records pertaining to medical treatment rendered to Josephine Solis, Deceased |
| 13. | Custodian of Medical and Billing Records for<br>Valley Baptist Medical Center<br>2101 Pease<br>Harlingen, Texas 78501<br>(956) 389-1100 | Has custody of medical records pertaining to medical treatment rendered to Josephine Solis, Deceased |
| 14. | Joseph Varon, M.D. F.A.C.P., F.C.C.P., F.C.C.M.<br>4915 Braesvalley Drive | Has knowledge of the incident and Plaintiff's injuries. |

| No. | Name, Address & Telephone Number of Witness | Knowledge of Subject Matter |
|---|---|---|
|  | Houston, Texas 77096-2704<br>(713) 661-6432 |  |
| 15. | Custodian of Medical Records for Joseph Varon, M.D., F.A.C.P., F.C.C.P., F.C.C.M.<br>4915 Braesvalley Drive<br>Houston, Texas 77096-2704<br>(713) 661-6432. | Has knowledge of the records maintained by Joseph Varon, M.D. F.A.C.P., F.C.C.P., F.C.C.M. |
| 16. | Deborah Neigut, M.D.<br>Department of Pediatrics<br>University of Texas Medical Center<br>7703 Floyd Curl Dr.<br>San Antonio, Texas 78284-7807 | Defendant's expert witness. Has knowledge of the incident and Plaintiff's injuries. |
| 17. | Custodian of Medical Records for<br>Deborah Neigut, M.D.<br>Department of Pediatrics<br>University of Texas Medical Center<br>7703 Floyd Curl Dr.<br>San Antonio, Texas 78284-7807 | Has knowledge of the records maintained by Deborah Neigut, M.D. |
| 18. | Any and all witnesses identified by the defendant in its Witness List. | |

| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| | |
|---|---|
| IRINEO SOLIS and YOLANDA SOLIS, Individually and As Next Friend of JOSEPHINE SOLIS, Deceased<br>PLAINTIFFS,<br><br>VS.<br><br>UNITED STATES OF AMERICA<br>DEFENDANT. | CIVIL ACTION NO. B-00-107<br><br>**WITNESS LIST** |
| United States Magistrate<br>John William Black | |
| **List of<br>Plaintiffs Irineo Solis and Yolanda Solis,<br>Individually and as next friend of<br>Josephine Solis, Deceased** | Proceeding                     Date |

## PLAINTIFFS' WITNESS LIST

| No. | Name, Address & Telephone Number of Witness | Knowledge of Subject Matter |
|---|---|---|
| 1. | Yolanda Solis, Individually<br>3022 W. Lamb<br>Harlingen, Texas 78550<br>(956) 425-2795 | Plaintiff. Has knowledge of the acts and events made the basis of this lawsuit. |
| 2. | Irineo Solis, Individually<br>3022 W. Lamb<br>Harlingen, Texas 78550<br>(956) 425-2795 | Plaintiff. Has knowledge of the acts and events made the basis of this lawsuit. |
| 3. | Yolanda Solis and Irineo Solis, As Next Friends of Josephine Solis<br>3022 W. Lamb<br>Harlingen, Texas 78550<br>(956) 425-2795 | Plaintiffs. Have knowledge of acts and events made the basis of this lawsuit. |
| 4. | Su Clinica Familiar<br>2018 Pease Street<br>Harlingen, Texas 78550<br>(956) 428-4171 | Defendant. Has knowledge of the acts and events made the basis of this lawsuit. |

| No. | Name, Address & Telephone Number of Witness | Knowledge of Subject Matter |
|---|---|---|
| 5. | Monica Randles, M.D.<br>1902 Parkwood<br>Harlingen, Texas 78501<br>Telephone unknown | Defendant.    Provided medical services    to    Josephine    Solis, Deceased.   Has knowledge of the acts and events made the basis of this lawsuit. |
| 6. | Leticia Livia Lopez, M.D.<br>4501 South Expressway 83<br>Harlingen, Texas 78550<br>(956) 428-4345 | Defendant.   Medical provider of Josephine Solis, Deceased. |
| 7. | Elena L. Martin, M.D.<br>4501 South Expressway 83<br>Harlingen, Texas 78550<br>(956) 428-4345 | Supervising physician at defendant Su    Clinica    Familiar.      Has knowledge of the acts and events made the basis of this lawsuit. |
| 8. | Margie Cornwell, M.D.<br>P.O. Drawer 2588<br>Harlingen, Texas 78551-2588<br>(956) 389-1100 | Pathologist    who    performed autopsy    on    Josephine   Solis, Deceased. |
| 9. | George Garza, M.D.<br>Su Clinica Familiar<br>2018 Pease Street<br>Harlingen, Texas 78550<br>(956) 428-4171 | Treating    medical    provider    of Josephine Solis, Deceased. |
| 10. | Maribelle Garza, M.D.<br>Harlingen Pediatrics Associates<br>2226 Haine Drive<br>Harlingen, Texas 78550<br>(956) 425-8761 | Treating    medical    provider    of Josephine Solis, Deceased. |
| 11. | Custodian of Medical and Billing Records for<br>Su Clinica Familiar<br>2018 Pease Street<br>Harlingen, Texas 78550<br>(956) 428-4171 | Has custody of medical records pertaining to medical treatment rendered    to    Josephine   Solis, Deceased. |
| 12. | Custodian of Medical and Billing Records for<br>Maribelle Garza, M.D.<br>Harlingen Pediatrics Associates<br>2226 Haine Drive<br>Harlingen, Texas 78550<br>(956) 425-8761 | Has custody of medical records pertaining to medical treatment rendered    to    Josephine   Solis, Deceased |
| 13. | Custodian of Medical and Billing Records for<br>Valley Baptist Medical Center<br>2101 Pease<br>Harlingen, Texas 78501<br>(956) 389-1100 | Has custody of medical records pertaining to medical treatment rendered    to    Josephine   Solis, Deceased |
| 14. | Joseph Varon, M.D. F.A.C.P., F.C.C.P., F.C.C.M.<br>4915 Braesvalley Drive | Has knowledge of the incident and Plaintiff's injuries. |

| No. | Name, Address & Telephone Number of Witness | Knowledge of Subject Matter |
|---|---|---|
|  | Houston, Texas 77096-2704<br>(713) 661-6432 |  |
| 15. | Custodian of Medical Records for Joseph Varon,<br>M.D., F.A.C.P., F.C.C.P., F.C.C.M.<br>4915 Braesvalley Drive<br>Houston, Texas 77096-2704<br>(713) 661-6432. | Has knowledge of the records maintained by Joseph Varon, M.D. F.A.C.P., F.C.C.P., F.C.C.M. |
| 16. | Deborah Neigut, M.D.<br>Department of Pediatrics<br>University of Texas Medical Center<br>7703 Floyd Curl Dr.<br>San Antonio, Texas 78284-7807 | Defendant's expert witness. Has knowledge of the incident and Plaintiff's injuries. |
| 17. | Custodian of Medical Records for<br>Deborah Neigut, M.D.<br>Department of Pediatrics<br>University of Texas Medical Center<br>7703 Floyd Curl Dr.<br>San Antonio, Texas 78284-7807 | Has knowledge of the records maintained by Deborah Neigut, M.D. |
| 18. | Any and all witnesses identified by the defendant in its Witness List. | |



## DEFENDANTS' WITNESS LIST[1]

1.  Dr. Deborah Neigut. - This witness is the defendant's retained medical expert. She will testify that none the defendant's physicians violated the standard of care in their treatment of Josephine Solis.

2.  Dr. Monica Randles (Video Deposition).- Dr. Randles was a treating physician for Josephine Solis. She will testify as to the facts surrounding her diagnosis and course of treatment. She will also testify concerning representations made by Yolanda Solis concerning her daughters location and medical treatment immediately prior to June 5, 1997.

3.  Dr. Leticia Lopez - Dr. Lopez was a treating physician for Josephine Solis. She will testify about her diagnosis and decision to hospitalize the child. She will also testify concerning the efforts made to revive the child.

4.  Dr. Nora Garza - Dr. Garza was a treating physician for plaintiff Yolanda Solis. She will testify concerning statements made by Yolanda Solis about the child's being in Mexico several days prior to June 5, 1997 and to medical treatment received by the child while in Mexico.

5.  Any and all witnesses identified by the plaintiffs' in their Witness List.

---

[1]  Defendants reserve the right to call any or none of the following witnesses as it deems appropriate at the time of trial. Should Plaintiff desire the attendance of any of these individuals, appropriate steps pursuant to the Federal Rules of Civil Procedure should be taken (e.g. Rule 45 Fed. R. Civ. P.).

**DEFENDANTS' WITNESS LIST**[1]

1.  Dr. Deborah Neigut. - This witness is the defendant's retained medical expert.  She will testify that none the defendant's physicians violated the standard of care in their treatment of Josephine Solis.


2.  Dr. Monica Randles (Video Deposition).- Dr. Randles was a treating physician for Josephine Solis.  She will testify as to the facts surrounding her diagnosis and course of treatment.  She will also testify concerning representations made by Yolanda Solis concerning her daughters location and medical treatment immediately prior to June 5, 1997.

3.  Dr. Leticia Lopez - Dr. Lopez was a treating physician for Josephine Solis.  She will testify about her diagnosis and decision to hospitalize the child.  She will also testify concerning the efforts made to revive the child.

4.  Dr. Nora Garza - Dr. Garza was a treating physician for plaintiff Yolanda Solis.  She will testify concerning statements made by Yolanda Solis about the child's being in Mexico several days prior to June 5, 1997 and to medical treatment received by the child while in Mexico.


5.  Any and all witnesses identified by the plaintiffs' in their Witness List.

---

[1]     Defendants reserve the right to call any or none of the following witnesses as it deems appropriate at the time of trial. Should Plaintiff desire the attendance of any of these individuals, appropriate steps pursuant to the Federal Rules of Civil Procedure should be taken (e.g. Rule 45 Fed. R. Civ. P.).

## DEFENDANTS' WITNESS LIST[1]

1.   Dr. Deborah Neigut. - This witness is the defendant's retained medical expert. She will testify that none the defendant's physicians violated the standard of care in their treatment of Josephine Solis.

2.   Dr. Monica Randles (Video Deposition).- Dr. Randles was a treating physician for Josephine Solis. She will testify as to the facts surrounding her diagnosis and course of treatment. She will also testify concerning representations made by Yolanda Solis concerning her daughters location and medical treatment immediately prior to June 5, 1997.

3.   Dr. Leticia Lopez - Dr. Lopez was a treating physician for Josephine Solis. She will testify about her diagnosis and decision to hospitalize the child. She will also testify concerning the efforts made to revive the child.

4.   Dr. Nora Garza - Dr. Garza was a treating physician for plaintiff Yolanda Solis. She will testify concerning statements made by Yolanda Solis about the child's being in Mexico several days prior to June 5, 1997 and to medical treatment received by the child while in Mexico.

5.   Any and all witnesses identified by the plaintiffs' in their Witness List.

---

[1]   Defendants reserve the right to call any or none of the following witnesses as it deems appropriate at the time of trial. Should Plaintiff desire the attendance of any of these individuals, appropriate steps pursuant to the Federal Rules of Civil Procedure should be taken (e.g. Rule 45 Fed. R. Civ. P.).

## DEFENDANTS' WITNESS LIST[1]

1.  Dr. Deborah Neigut. - This witness is the defendant's retained medical expert. She will testify that none the defendant's physicians violated the standard of care in their treatment of Josephine Solis.

2.  Dr. Monica Randles (Video Deposition).- Dr. Randles was a treating physician for Josephine Solis. She will testify as to the facts surrounding her diagnosis and course of treatment. She will also testify concerning representations made by Yolanda Solis concerning her daughters location and medical treatment immediately prior to June 5, 1997.

3.  Dr. Leticia Lopez - Dr. Lopez was a treating physician for Josephine Solis. She will testify about her diagnosis and decision to hospitalize the child. She will also testify concerning the efforts made to revive the child.

4.  Dr. Nora Garza - Dr. Garza was a treating physician for plaintiff Yolanda Solis. She will testify concerning statements made by Yolanda Solis about the child's being in Mexico several days prior to June 5, 1997 and to medical treatment received by the child while in Mexico.

5.  Any and all witnesses identified by the plaintiffs' in their Witness List.

---

[1]   Defendants reserve the right to call any or none of the following witnesses as it deems appropriate at the time of trial. Should Plaintiff desire the attendance of any of these individuals, appropriate steps pursuant to the Federal Rules of Civil Procedure should be taken (e.g. Rule 45 Fed. R. Civ. P.).