# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED
SEP 0 4 2001
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| IRINEO SOLIS, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-107 |
| | § | |
| UNITED STATES OF AMERICA | § | |

TYPE OF CASE:  __X__ CIVIL  ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**FINAL STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**OCTOBER 1, 2001 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: AUGUST 31, 2001

TO:  MR. MICHAEL GARZA
      MS. DORI CONTRERAS GARZA
      MR. LAWRENCE LUDKA
      MS. NANCY MASSO
      MR. & MRS. IRINEO SOLIS