22

United States District Court
Southern District of Texas
FILED

OCT 0 1 2001

Michael N. Milby
Clerk of Court

THE HONORABLE JOHN WM. BLACK

FINAL STATUS CONFERENCE

| | |
|---|---|
| CIVIL ACTION NO. B-00-107 | DATE & TIME: 01-01-01 AT 1:30 P.M. |
| IRINEO SOLIS, ET AL. | PLAINTIFF(S) MICHAEL JAMES GARZA |
| | COUNSEL DORI CONTRERAS GARZA |
| VS. | |
| UNITED STATES OF AMERICA | DEFENDANT(S) LAWRENCE LUDKA |
| | COUNSEL NANCY MASSO |

---

ERO: Gabriel Mendieta
CSO: Emilio Escobedo
Interpreter: Sandra Cortez

Plaintiffs were unable to hire another attorney.

Motion to Dismiss is granted.