2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| IRINEO SOLIS and YOLANDA SOLIS, | § | |
| Individually and as next friend of | § | |
| JOSEPHINE SOLIS, Deceased | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. B-00-107 |
| | § | |
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| | § | |
| Defendant. | § | |

United States District Court
Southern District of Texas
ENTERED

OCT 0 2 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER OF DISMISSAL

On this day came on to be heard the Motion to Dismiss filed by the defendant. The court has reviewed the Motion and the uncontested facts therein and finds that adequate grounds exist for dismissal pursuant to Fed. R. Civ. P. 41(b)). (DOCKET NO. 19)

It is therefore ORDERED that this case be DISMISSED. EACH PARTY TO BEAR THEIR COSTS. ~~All cost are assessed against the plaintiffs~~.

JOHN W. BLACK
United States Magistrate Judge

Dated:_____,2001